IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    18-cv-02271-GPG

(To be supplied by the court)

Tiffany Grays, pro se _____, Plaintiff

v.

Granicus, LLC _____,

Jessica Richey _____,

Chris Downard _____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## Amended EMPLOYMENT DISCRIMINATION COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

A.   **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be
served by filing a notice of change of address.  Failure to keep a current address on file with the
court may result in dismissal of your case.*

Tiffany Grays PO Box 472322 Aurora, CO 80047

(Name and complete mailing address)

(720) 623-1883  LegalGrays@gmail.com

(Telephone number and e-mail address)

B.   **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint.  If
more space is needed, use extra paper to provide the information requested.  The additional
pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:   Granicus LLC 707 17th St. Ste 4000, Denver, CO 80205

(Name and complete mailing address)

(720) 240-9586  Dawn.Kubat@granicus.com

(Telephone number and e-mail address if known)

Defendant 2:   Jessica Richey 408 St Peter St Suite 600, St Paul, MN 55102

(Name and complete mailing address)

(800) 314-0147 Jess.Richey@granicus.com

(Telephone number and e-mail address if known)

C.   **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that
apply)*

X      Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq.
(employment discrimination on the basis of race, color, religion, sex, or national origin)

_____   Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment
discrimination on the basis of a disability)

_____   Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq.
(employment discrimination on the basis of age)

X      Other: *(please specify)* 42 U.S.C. §1985(3); 42 U.S.C. § 1981; 28 U.S.C. § 1367; 28 U.S.C. §§ 1331 and 1343.

2

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _Violations of 42 U.S.C. §§ 2000e, et seq_

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire                     **X** different terms and conditions of employment

_____ failure to promote              _____ failure to accommodate disability

**X** termination of employment    **X** retaliation

_____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

**X** race          _____ religion          _____ national origin          _____ age

**X** color         **X** sex               _____ disability

Supporting facts:

Additional Paper Attached

3

CLAIM TWO: __Violations of 42 U.S.C. §1985(3)__

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire          X  different terms and conditions of employment

____ failure to promote       ____ failure to accommodate disability

X  termination of employment  X  retaliation

____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

X  race          ____ religion      ____ national origin      ____ age

X  color         X  sex            ____ disability

Supporting facts:

Additional Paper Attached

Click Here for Additional Claim

4

CLAIM Three Violations of 42 U.S.C. §1981

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire          **X** different terms and conditions of employment

_____ failure to promote       _____ failure to accommodate disability

**X** termination of employment   **X** retaliation

_____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

**X** race          _____ religion          _____ national origin          _____ age

**X** color         _____ sex              _____ disability

Supporting facts:
**Additional Paper Attached**

4

CLAIM Four: Wrongful Termination

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire      X different terms and conditions of employment

_____ failure to promote      _____ failure to accommodate disability

X termination of employment      X retaliation

_____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

X race      _____ religion      _____ national origin      _____ age

X color      X sex      _____ disability

Supporting facts:

Additional Paper Attached

4

CLAIM __Five__ _Outrageous Conduct_ _____

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                     X___ different terms and conditions of employment

____ failure to promote                  ____ failure to accommodate disability

X___ termination of employment           X___ retaliation

____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

X___ race          ____ religion          ____ national origin          ____ age

X___ color         X___ sex               ____ disability

Supporting facts:

__Additional Paper Attached__

4

7

CLAIM **Six** : <u>**Breach of Contract - Promissory Estoppel**</u>

The conduct complained of in this claim involves the following: (*check all that apply*)

\_\_\_\_ failure to hire               **X** different terms and conditions of employment

\_\_\_\_ failure to promote          \_\_\_\_ failure to accommodate disability

**X** termination of employment      **X** retaliation

**X** other: (*please specify*) <u>**Negligence, Breach of Fiduciary Duty**</u>

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

**X** race        \_\_\_\_ religion       \_\_\_\_ national origin        \_\_\_\_ age

**X** color       **X** sex          \_\_\_\_ disability

Supporting facts:

**Additional Paper Attached**

4

CLAIM Seven Blacklisting _____

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                     ____ different terms and conditions of employment

____ failure to promote                  ____ failure to accommodate disability

____ termination of employment      X  retaliation

X  other: (*please specify*)  Defendants slanderous statements

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

X race          ____ religion       ____ national origin       ____ age

X color         X sex              ____ disability

Supporting facts:

   Additional Paper Attached

4

CLAIM **Eight** Slander

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire                       _____ different terms and conditions of employment

_____ failure to promote                _____ failure to accommodate disability

_____ termination of employment    ☒ retaliation

**X** other: (*please specify*) Statements made to Vertafore

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_____ race             _____ religion          _____ national origin          _____ age

_____ color            _____ sex               _____ disability

Supporting facts:

Additional Paper Attached

4

CLAIM Nine: Breach of Fiduciary Duty

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                                      X   different terms and conditions of employment

____ failure to promote                           ____ failure to accommodate disability

X   termination of employment          X   retaliation

X   other: (*please specify*) _____ Negligence, Breach of Contract, Outrageous Conduct, Wrongful Termination, Discrimination

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

X   race               ____ religion          ____ national origin          ____ age

X   color             X   sex                  ____ disability

Supporting facts:

Additional Paper Attached

4

11

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

☑ Yes (*You must attach a copy of the administrative charge to this complaint*)

☐ No

Have you received a notice of right to sue? (*check one*)

☑ Yes (*You must attach a copy of the notice of right to sue to this complaint*)

☐ No

## F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

H. ⁓ Plaintiff Requests Jury Trial

/s/ Tiffany Grays, pro se
(Plaintiff's signature)

**September 05, 2018**

(Date)

(Revised December 2017)

5

## F. REQUEST FOR RELIEF

Plaintiff requests the following relief:

WHEREFORE, Plaintiff prays the court will grant relief as follows for, inter alia: Plaintiffs' loss of use of career; damage to reputa loss of affection; pain and suffering; mental and emotional distress; loss of time; Past, present, and future medical bills Hedonic damages; Increased risk of harm; Past and future pain and suffering.Past and future lost income, wages, and earnings; and violating the Lost Opportunity Doctrine, as a direct result of Defendants unlawful actions outlined above, inter alia:

i.   Affirmiative Actions: Back Pay and Front Pay;
ii.  Enjoin Defendants to prevent future unlawful actions by ordering Defendants to payoff in full, Plaintiffs' student loans as their actions prevent Plaintiffs' ability to repay, costing thousands of dollars; Additionally for Blacklisting, repitation and credentials tarnished through Defendants actions.. To be paid in addition to other damages.
iii. Punitive Damages;
iv.  Exemplary Damages;
v.   Reputation Indemnificaiton to Entire Company;
vi.  Stipulated Good Reference;
vii. Declare Plaintiff Unbound to ERCA;
viii. Letter of Apology;
ix.  Compensatory Damages;
x.   Attorney's Fees and Litigation Costs;
xi.  Special Damages;
xii. Other equitable relief the Court finds necessary.

Date: __09/05/18_____

/s/ Tiffany Grays, pro se_____
(Plaintiff's Original Signature)

PO Box 472322_____
(Street Address)

Aurora, CO 80047_____
(City, State, ZIP)

(720) 623 -1883_____
(Telephone Number)

(Rev. 07/06)                                6