IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02271-CMA-NRN

TIFFANY GRAYS,

Plaintiff,

v.

GRANICUS, LLC,
JESSICA RICHEY, and
CHRIS DOWNARD,

Defendants.

---

ORDER SETTING STATUS CONFERENCE
FOR
PRO SE PLAINTIFF

---

Entered by U.S. Magistrate Judge N. Reid Neureiter

The above-captioned case has been referred to Magistrate Judge N. Reid Neureiter pursuant to the Order of Reference to United States Magistrate Judge, entered by Judge Christine M. Arguello on September 10, 2018 (Docket No. 12).

**IT IS FURTHER ORDERED** that a Status Conference shall be held on:

> November 20, 2018 at 10:30 a.m.
> in Courtroom C-205,
> Second Floor,
> Byron G. Rogers U.S. Courthouse,
> 1929 Stout Street,
> Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail a copy of this Order to Plaintiff at Tiffany Grays, P.O. Box 472322, Aurora, CO 80047.

**IT IS FURTHER ORDERED** that at the Status Conference the pro se Plaintiff shall:

    1.  Provide written proof of service of process on **ALL** Defendants **or** show cause why this case should not be dismissed for lack of service of process and/or failure to prosecute;

    2.  Inform this court on whether you intend to retain legal counsel.  If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and,

    3.  Become familiar with the following Rules:  (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence.  These sets of rules shall apply in this case.

Please remember that **everyone** seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification.  See D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement will result in denial of entry into the Byron G. Rogers United States Courthouse.

Done and signed this 11th day of September, 2018

BY THE COURT:

s/N. Reid Neureiter
N REID NEUREITER
United States Magistrate Judge