FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Nicole A. Truso**
*Partner*
nicole.truso@FaegreBD.com
Direct **+1 612 766 8445**

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center ▾ 90 South Seventh Street
Minneapolis ▾ Minnesota 55402-3901
Main **+1 612 766 7000**
Fax **+1 612 766 1600**

December 12, 2018

**VIA ECF**

The Honorable N. Reid Neureiter
United States District Court
C254 Byron G. Rogers Courthouse
1961 Stout St.
Denver, CO 80294

Re:   *Tiffany Grays v. Jessica Richey, Chris Downard, and Granicus, LLC.*, 18-CV-02271 (CMA/NRN)

Dear Magistrate Judge Neureiter:

Defendants Granicus LLC, Jessica Richey, and Chris Downard (collectively "Defendants") submit this letter in response to Plaintiff's Motion (the "Surreply Motion") for Leave to File a Surreply in Opposition to Defendants' Motions to Dismiss (such motions, the "Motions to Dismiss"). Defendants believe that this Court has sufficient material upon which to decide the Motions to Dismiss, and believe that continuing to allow Plaintiff to file additional briefing and documentation would only serve to squander the resources of the Court and delay this litigation even further. Defendants, therefore, respectfully request that this Court deny the Surreply Motion. In the interests of judicial economy, Defendants do not intend to submit a formal response to Plaintiff's Surreply Motion or a response to Plaintiff's proposed surreply, but instead briefly outline the basis for their objection in this letter.

As an initial matter, Defendants note that, as is clear from the timeline she sets out in the Surreply Motion, Plaintiff failed to comply with this Court's requirement that she meet and confer with Defendants regarding the subject matter of her Surreply Motion. Plaintiff spoke with Defendants' counsel about her intent to file the Surreply Motion on November 30, 2018. However, Defendants did not file their Reply in Support of their Motions to Dismiss (the "Reply") until December 4, 2018. Since, at the time the parties conferred, Defendants had not yet filed the Reply and Plaintiff could, therefore, not have known what the basis of the Surreply Motion would be, Plaintiff was obviously unable to (and in fact, did not) inform Defendants of the basis of the Surreply Motion. She thus failed to inform Defendants of the specific dispute at issue as required by this Court's civil practice standards. Plaintiff made clear to Defendants that she intended to respond to Defendants' Reply regardless of what the Reply said. Courts have not recognized the desire to "get the last word" as a permissible basis on which to allow a surreply.

The Honorable N. Reid Neureiter        -2-        December 12, 2018

The arguments raised by Plaintiff in her Surreply Motion are non-sensical. Plaintiff now asserts that, despite missing the response deadline and still being given the opportunity to respond to Defendants' Motions to Dismiss at the November 20, 2018 hearing and in her initial response briefing, she should be allowed leave to file a surreply to respond to Defendants' "many intently false misstatements, new factual references and new legal arguments." What Plaintiff characterizes as "intently false misstatements" are, in reality, statements setting forth Defendants' legal position; specifically, that Plaintiff's claims are subject to dismissal and Plaintiff has not effectively opposed Defendants' Motions to Dismiss. Defendants are not permitted to, and did not, submit additional facts in their Reply (nor in their moving briefs). The legal arguments Defendants raised in their Reply were previously addressed in their Motions to Dismiss or raised at the hearing before this Court on November 20, 2018. The mere fact that Plaintiff disagrees with Defendants' position does not entitle her to yet another opportunity to argue the merits of her case.

As noted above, Defendants do not intend to file any further materials in response to the Surreply Motion or the proposed surreply. However, to the extent it would be helpful to the Court, Defendants would be happy to submit a brief reply to the points raised in Plaintiff's Surreply Motion or proposed surreply.

Very truly yours,

/s/ Nicole A. Truso

Nicole A. Truso


TRUNA/dmr

cc:     Sarah Kellner (via ECF)
        Tiffany Grays (via ECF)